# SPECIAL POWER OF ATTORNEY

NOTICE: THE POWER GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING.
IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT
LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE
MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE
THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I, Corazon F. Agudo, hereby appoint as my Attorney in fact, Stan Antlocer, C/O Post Office Box
630144 Simi Valley, California 93063.

Attorney-in-Fact ("Agent").

I hereby revoke any and all Special powers of attorney that previously have been signed by me
regarding the entities named below. However, the preceding sentence shall not have the effect of
revoking any powers of attorney that are directly related to my health care that previously have
been signed by me.

My Agent shall have full power and authority to act on my behalf specifically for the property
3370 Heavenly View Ct., Las Vegas, NV 89117 et al. This power and authority shall authorize
my Agent to manage and conduct all of my affairs and to exercise all of my legal rights and
powers, including all rights and powers that I may acquire in the future. My Agent's powers shall
include, but not be limited to, the power to:

1. Take any and all legal steps necessary to collect any amount or debt owed to me, or settle any
claim, whether made against me or asserted on my behalf against any other person or entity.

2. Enter into binding contracts on my behalf, in regards to **3370 Heavenly View Ct., Las
Vegas, NV 89117**, et al and or any and all of its entities subsidiaries or parties or secured-parties.

3. Employ professional and business assistance as may be appropriate, including attorneys,
accountants, and security investigation services.

4. Prepare, sign and file documents with any governmental body or agency, including, but not
limited to, authorization to prepare, sign and file complaint(s) with federal, state and local
court(s), as well as other governmental bodies.

This Power of Attorney shall be construed as a Special Power of Attorney. The listing of specific
powers is intended to limit and restrict the powers granted in this Special Power of Attorney.

Any power or authority granted to my Agent under this document shall be limited to the extent
necessary to prevent this Power of Attorney from causing: (i) my income to be taxable to my
Agent, (ii) my assets to be subject to a general power of appointment by my Agent, and (iii) my
Agent to have any incidents of ownership with respect to any life insurance policies that I may
own on the life of my Agent.

2:10-cv-00172-PMP-LRL

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Special Power of Attorney.

I authorize my Agent to indemnify and hold harmless any third party who accepts and acts under this document.

My Agent shall be entitled to reasonable compensation for any services provided as my Agent. My Agent shall be entitled to reimbursement of all reasonable expenses incurred in connection with this Special Power of Attorney.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent, if I so request or if such a request is made by any authorized personal representative or fiduciary acting on my behalf.

This Special Power of Attorney shall become effective immediately and shall not be affected by my disability or lack of mental competence, except as may be provided otherwise by an applicable state statute. This is a Durable Power of Attorney. This Special Power of Attorney shall remain in force effective for three years from the date of it's signing or until this issue is resolved which ever occurs first.

_____     2/8/2010
**Corazon F. Agudo**              _____, 2010 Las Vegas, Nevada
                                  **Date**

STATE OF NEVADA          }
                         }      SS.
COUNTY OF CLARK          }

In the city of ___Las Vegas___ , on the __8th__ day of __February__ , 2010 before me, a Notary Public in and for the above State and County, personally appeared, __Corazon F. Agudo__ , personally known to me to be the person who executed the foregoing instrument, and being first duly sworn , such persons acknowledged that they executed said instrument for the purposes therein contained as their free and voluntary act and deed, were identified on the basis of identification documents and shown to be the same person.

Rhonda F. DiGennaro          _____
PRINTED NAME – NOTARY PUBLIC     Signed – NOTARY PUBLIC

My Commission Expires: __April 27, 2011__

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
RHONDA F. DIGENNARO
No: 99-56461-1
My Appointment Expires April 27, 2011