1  DIANA S. ERB
   Nevada Bar No. 10580
2  AKERMAN SENTERFITT LLP
   400 South Fourth Street, Suite 450
3  Las Vegas, Nevada 89101
   Telephone: (702) 634-5000
4  Facsimile: (702) 380-8572
   diana.erb@akerman.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORAZON F. AGUDO, | CASE NO.: 2:10-cv-00172-PMP-LRL |
| Plaintiff, | |
| vs. | **MOTION FOR WITHDRAWAL OF COUNSEL** |
| COUNTRYWIDE HOME LOANS AND BANK OF AMERICA, et al., | |
| Defendants. | |

Pursuant to Local Rule of the United States District Court, Nevada IA 10-6(b), Diana S. Erb of the law firm of Akerman Senterfitt LLP hereby moves for leave to withdraw from continued representation of COUNTRYWIDE HOME LOANS AND BANK OF AMERICA ("BOA") and RECONTRUST.

This Motion is made and based upon the below Memorandum of Points and Authorities and all of the pleadings and papers on file herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Nevada Rules of Professional Conduct ("NRPC") 1.16(b) states "… a lawyer may withdraw from representing a client if: … (1) Withdrawal can be accomplished without material adverse effect on the interests of the client; or (7) Other good cause exists. *See* Nev. R. Prof. C. 1.16(b)(1) and (7).

2. Furthermore, "[a] lawyer must comply with applicable law requiring notice to or permission of a tribunal when terminating representation." *Id.*

///

{LV002540;1}

1    3.    Pursuant to LR IA 10-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel."

4.    Diana S. Erb requests permission to withdraw because she is no longer employed with the law firm of Lewis and Roca LLP.  She is now an attorney with the law firm of Akerman Senterfitt LLP.

5.    The law firm of Lewis and Roca LLP, specifically, J. Christopher Jorgensen, will remain representing BOA and RECONTRUST.  Therefore, withdrawal of Diana S. Erb can be accomplished without material adverse effect on the interests of BOA and RECONTRUST.

6.    Diana S. Erb respectfully requests this Court grant her Motion to Withdraw as Counsel, thereby removing Diana S. Erb from all e-filing and mailing service lists, effective immediately.

DATED this 28th day of June, 2010.

AKERMAN SENTERFITT LLP

/s/ Diana S. Erb
DIANA S. ERB
Nevada Bar No. 10580
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated :  June 29, 2010

{LV002540;1}                                          - 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 28th day of June, 2010 and pursuant to FRCP 5(b), I served via CM/ECF a correct copy of the foregoing **MOTION FOR WITHDRAWAL OF COUNSEL**, to all parties through the U.S. District Court's CM/ECF system.

                                      /s/  Danielle Kelley
                                      An employee of AKERMAN SENTERFITT LLP

AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
(702)634-5000 FAX (702) 380-8572

{LV002540;1}                                              - 3 -